FILED
DEC 0 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8965

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Luis Enrique CALDERON-Quinonez<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about December 5, 2007, within the Southern District of California, defendant Luis Enrique CALDERON-Quinonez did knowingly and intentionally import approximately 32.54 kilograms (71.58 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 6th day of December 2007.

Peter C. Lewis
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Luis Enrique CALDERON-Quinonez

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement (ICE) Special Agent Russell H. Vensk Jr.

On December 5, 2007, at approximately 1226 hours, Luis Enrique CALDERON-Quinonez, a citizen of Mexico, entered the U.S. at the Calexico, Ca. West Port of Entry from Mexico. CALDERON was the driver and sole occupant of a Chevrolet Silverado SUV.

At primary, CALDERON presented a DSP-150 (B1/B2 visa) and gave a negative customs declaration to Customs & Border Protection Officer (CBPO) Chris Alvarado. CBPO Alvarado then referred CALDERON and the vehicle to secondary inspection.

In secondary, CBPO Leslie Ledbetter discovered packages concealed within the right rear quarter panel. CBPO Ledbetter probed one of the packages and extracted a white powdery substance, which he field-tested and which gave a positive indication for the presence of cocaine.

Without being advised of the discovery of the cocaine, CALDERON was allowed to exit the POE in the vehicle as ICE special agents followed him. CALDERON proceeded north into Calexico, Ca. and then turned around and attempted to return to Mexico. CBPO Ledbetter was able to stop CALDERON and the vehicle in the southbound lanes at the POE.

CBPO Ledbetter completed an inspection of the vehicle and removed a total of twenty-six packages from the vehicle. The packages had a total weight of 32.54 kgs. (71.58 lbs.)

A vehicle registration card found in the vehicle showed that CALDERON was the registered owner.