FILED

07 DEC 19 PM 3: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [handwritten initials] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '07 CR 3408 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUIS ENRIQUE CALDERON-QUINONEZ, Defendant. | Criminal Case No. ___________ <br> I N D I C T M E N T <br> Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about December 5, 2007, within the Southern District of California, defendant LUIS ENRIQUE CALDERON-QUINONEZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 32.54 kilograms (71.58 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

CPH:fer:Imperial
12/14/07

Count 2

On or about December 5, 2007, within the Southern District of California, defendant LUIS ENRIQUE CALDERON-QUINONEZ did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 32.54 kilograms (71.58 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 19, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney