JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: jason_ser@fd.org

Attorneys for Mr. Calderon-Quinones

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CALDERON-QUINONEZ,<br>Defendant. | Case No.: 07cr3408-BEN<br><br>JOINT MOTION TO CONTINUE MOTION HEARING |

Defendant, Mr. Calderon-Quinones, who is in custody, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the Assistant United States Attorney assigned to his case, Christopher Alexander, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to continue the Motions Hearing now scheduled for February 4, 2008 at 9:00 a.m. until March 17, 2008 at 9:00 a.m.

//

//

//

The defense requires this additional time to conduct investigation and review discovery, which is forthcoming given defense counsel's discovery motion filed concurrently with the instant motion. Defense counsel was out of the district the week of January 21, 2008, and was in criminal trials the weeks of January 28, 2008, and January 14, 2008 before District Judges Moskowitz and Miller respectively. In addition, defense counsel had several briefs due to the Ninth Circuit in two separate appeals. Defense counsel submitted an opening brief to the Ninth Circuit on January 9, 2008 and a reply brief on January 28, 2008. Finally, defense counsel had a petition for writ of certiorari due to and filed with the United States Supreme Court on January 16, 2008.

The new date and time for the Motions Hearing was provided by this Court's deputy.

Respectfully submitted,

Dated: January 31, 2008

*/s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Calderon-Quinones
jason_ser@fd.org

Dated: January 31, 2008

*/s/ Christopher Alexander*
**CHRISTOPHER ALEXANDER**
Assistant United States Attorney
christopher.m.alexander@usdoj.gov

H:\JIS\jtmtncon.ben.wpd