UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS CALDERON-QUINONEZ,

Defendant.

Case No. 07CR3408-BEN

CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

Christopher Alexander
Assistant U.S. Attorney
880 Front Street
San Diego, CA 92101

and a copy mailed to:

Luis Calderon-Quinonez
Defendant

Dated: January 31, 2008

*/s/ Jason I. Ser*

JASON I. SER
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jason_ser@fd.org