UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CALDERON-QUINONEZ,<br>Defendant. | Case No. 07CR3408-BEN<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing pleading has been electronically served this day upon:

Christopher M. Alexander, Asst. U.S. Attorney
880 Front Street
San Diego, CA 92101

DATED: March 10, 2008

*s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
E-mail: jason_ser@fd.org

C:\DOCUMENTS AND SETTINGS\JASON\FDSD\CALDERON-QUINONES2PROOF.WPD