# INDEX OF EXHIBITS

**<u>United States v. Calderon-Quinonez</u>**

07cr3408-BEN

Exhibit A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Partial Transcript of Interrogation

# EXHIBIT A

AGENT: You understand what I just finished explaining to you, right?

DEF: [nods "yes"]

AGENT: Okay, [IA] that, do you want to speak with us about why you're under arrest?

DEF: No, well, no. Well, it's because I don't know why [IA]

AGENT: And you don't want to talk?

DEF: No, well yes. Well, I don't know what I'm being . . .charged with.

AGENT: Okay, he doesn't know why he's being detained, he says.

AGENT 2: *Okay. Uh, we- You can tell him. That's uh, federal charges, uh: Importation of a controlled substance: cocaine.*

AGENT: It's because you were arrested because you have uh, you were trying to cross uh, cocaine. And it's a federal crime here, in the United States. Do you understand that?

DEF: Yes, what [IA] Like I told you, I-

AGENT 3: Well, you can give your explanation-

DEF: No, I didn't know.

AGENT: You didn't, didn't know?

DEF: No, I just bought that truck and-

AGENT: *He says he just bought- He bought* [IA] *he didn't know.*

DEF: And I've crossed a lot of times. Well, I've been sent to secondary twice and [IA]

AGENT: *And, and he's crossed, he's crossed plenty of times and didn't- and he's been sent to-*

AGENT 2: *Right. That's fine but do you want to* [IA]

AGENT: Do you want to speak with us about this, yes or no?

DEF: But I can't say anything because I don't know anything.

AGENT: *So,* you don't want to give your explanation of why you had those drugs there?

DEF: That's why I just told you now that I [IA]

AGENT: Will you want to speak with us, yes or no?

DEF: No. Well, no because I don't know [IA]

AGENT: *No, he doesn't want to talk to us.*

AGENT 2: *He doesn't?*

AGENT: [IA]

DEF: I mean, I don't what I can tell you.

AGENT: *He doesn't know what he can tell us. [IA] he doesn't want to talk to us.*

[pause]

AGENT 2: [IA] And put your name here. Put and sign your name here.

[Translated to the best of my knowledge & ability on April 7, 2008. Raynald Duguay, Interpreter]