UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 07cr3408-BEN |
| | ) | |
| Plaintiff, | ) | Date: April 21, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| LUIS CALDERON-QUINONEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing pleading has been electronically served this day upon:

CHRISTOPHER ALEXANDER
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: April 7, 2008

*/s/ Jason I. Ser*
**JASON I. SER**
Attorneys for Mr. Calderon-Quinonez
Email: jason_ser@fd.org