JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: jason_ser@fd.org

Attorneys for Mr. Calderon-Quinones

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CALDERON-QUINONEZ,<br>Defendant. | Case No.: 07cr3408-BEN<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING |

Defendant, Mr. Calderon-Quinones, who is in custody, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the Assistant United States Attorney assigned to his case, Christopher Alexander, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to continue the Sentencing Hearing now scheduled for September 15, 2008 at 9:00 a.m. until October 20, 2008 at 9:00 a.m.

//

//

//

The defense requires this additional time to complete review of the PSR with Mr. Calderon-Quinones, complete the drafting objections and a sentencing memorandum. Appellate briefs due to the Ninth Circuit and the Supreme Court, as well as motions due in other cases, have made it difficult for defense counsel to complete briefing in this case. Additionally, defense counsel is awaiting the completion of Spanish to English translations of materials in support of sentencing.

Finally, defense counsel will be out of the district beginning August 30, 2008 until September 6, 2008 to attend to a family medical need and will not be able to file all necessary materials in a timely manner despite making diligent efforts to do so.

The new date and time for the Motions Hearing was provided by this Court's deputy.

Respectfully submitted,

Dated: August 29, 2008

/s/ Jason I. Ser
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Calderon-Quinones
jason_ser@fd.org

Dated: August 29, 2008

/s/ Christopher Alexander
**CHRISTOPHER ALEXANDER**
Assistant United States Attorney
christopher.m.alexander@usdoj.gov

H:\JIS\Motn\Continue\jtmtncon.ben.wpd