UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUIS CALDERON-QUINONEZ, Defendant. | Case No. 07CR3408-BEN<br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the Joint Motion to Continue Sentencing has been electronically served this day upon:

Christopher Alexander
Assistant U.S. Attorney
880 Front Street
San Diego, CA 92101

Dated: August 29, 2008

*/s/ Jason I. Ser*

JASON I. SER
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jason_ser@fd.org